FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

OCT 28 2009

D. MARK JONES, CLERK
BY ____________
DEPUTY CLERK

RECEIVED CLERK

OCT 16 2009

U.S. DISTRICT COURT

Gary Phillips
Attorney Pro Se
Utah State Prison
P.O. Box 250
Draper, Utah 84020

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| **GARY PHILLIPS,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD GARDEN**, Medical Director, at the Utah State Prison, individually;<br>**SYDNEY ROBERTS**, Medical Doctor, at the Utah State Prison, individually;<br>**JEFFERY COOMBS**, Physician Assistant, at the Utah State Prison, individually;<br>**LOGAN CLARK**, Physician Assistant, at the Utah State Prison, individually;<br>**CHRIS ABBOTT**, Physician Assistant, at the Utah State Prison, individually;<br>**PAULINE STURDY**, Registered Nurse, at the Utah State Prison, individually;<br>**ERIC DIFRANCESCO**, Registered Nurse, at the Utah State Prison, individually;<br>**JOHN DOES 1-10**, employees at Utah State Prison, individually,<br><br>Defendants. | **Case: 2:09cv00934**<br>**Assigned To : Sam, David**<br>**Assign. Date : 10/16/2009**<br>**Description: Phillips v. Garden**<br><br>CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL |

**JURISDICTION**

1. Plaintiff, Gary Phillips, is a citizen of Utah, who presently resides at the Utah State Prison, P.O. Box 250, Draper, Utah 84020.

2. Defendant Dr. Richard Garden, is a citizen of Utah, and is employed as the Medical Director at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is the Medical Director at the Utah State Prison for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

3. Defendant Dr. Sydney Roberts, is a citizen of Utah, and is employed as the Medical Doctor at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is the Medical Doctor at the Utah State Prison for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

4. Defendant Jeffrey Coombs, is a citizen of Utah, and is employed as a Physician Assistant at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is a Physician Assistant for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

5. Defendant Logan Clark, is a citizen of Utah, and is employed as a Physician Assistant at the Utah State Prison for the Utah Department of Corrections. At the time the

claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is a Physician Assistant for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

6. Defendant Chris Abbott, is a citizen of Utah, and is employed as a Physician Assistant at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is a Physician Assistant for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

7. Defendant Pauline Sturdy, is a citizen of Utah, and is employed as a Registered Nurse at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is a Registered Nurse for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

8. Defendant Eric Difrancesco, is a citizen of Utah, and is employed as a Registered Nurse at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he is a Registered Nurse for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

9. Defendant John Does 1-10, whose true names are unknown and when true names are ascertained the pleadings will be amended accordingly, are citizens of Utah, and are

employed at the Utah State Prison. At the time the claim(s) alleged in this complaint arose, these defendants were acting under color of state law in that they are employees for the Utah Department of Corrections and are directly responsible for wrongful actions alleged herein.

10. Jurisdiction is invoked pursuant to 28 U.S.C. Sec. 1343 (3); 42 U.S.C. 1983.

**B. NATURE OF CASE**

11. Plaintiff was diagnosed with hepatitis C and has suffered from the disease for several years. Due to the Hepatitis C disease, plaintiff's liver and kidney functions have deteriorated and he now suffers from liver and kidney pain. (See Exhibit 2)

12. Defendants Clark, Coombs and Roberts have monitored the plaintiff's liver enzymes by doing blood tests. Plaintiff has had monthly blood tests to determine the level of AST and ALT enzymes in the liver. Over a period of six months, the AST level ranged from 34 to 92, with the normal range being 10-40. The ALT levels ranged from 79 to 195, with the normal range being 9-60. (See Exhibit 2)

13. There has only been one month over the last six months that the AST level was within the normal range, all other times the level was high. During the same testing there never was a month that the ALT levels were within the normal range and the highest level is close to 200. (See Exhibit 2)

14. Plaintiff has requested from all Defendants that he receive the Interferon treatment for the Hepatitis condition in order to slow down the progression of his disease and relieve the liver and kidney pain he is suffering.

15. On or about November 24, 2008, when plaintiff requested the interferon treatment he was informed by Defendant Pauline Sturdy that he did not qualify because he was taking two mental health (antidepressant) medication. Plaintiff's health was not considered stable resulting in his not qualifying because the Interferon treatment is reported to cause depression. (See Exhibit 3)

16. Plaintiff contends that his mental health counselor has informed plaintiff that his mental health condition and depression would not interfere with Interferon treatment. Plaintiff was denied despite this report.

17. Plaintiff complains that his depression and treatment for depression is a direct result of having a serious and debilitating disease such as Hepatis C. Plaintiff believes that the proper and necessary treatment for his Hepatitis C condition would most likely improve any depression that he now suffers.

18. On February 3, 2009 and June 10, 2009, plaintiff received memorandums from Defendant Dr. Garden that he did not fit the criteria for treatment of interferon, and was not a candidate for treatment. (See Exhibit 2)

19. Plaintiff contends that according to the information he has read that there is 6 different genotypes of HCV. To determine the type of HCV a liver biopsy is required. Plaintiff has never had a liver biopsy. (See Exhibit 6)

20. Plaintiff complains that hepatitis C can lead to cirrhosis of the liver. However, the defendants have never tested to determine if Plaintiff's is developing cirrhosis of the liver and fail to treat for such condition if appropriate. (See Exhibit 6)

21. Plaintiff has also read that the enzymes in the liver can remain stable and the liver can continue to deteriorate. The enzyme levels do not necessarily provide the best medical treatment available to determine if the Plaintiff is a candidate for treatment. (See Exhibit 6)

22. Plaintiff filed his level 1 grievance on March 18, 2009 and completed the grievance system with the final reply from Hearing Officer, Tom Anderson on June 25, 2009. (See Exhibit 1). Plaintiff did not receive any type of relief or remedy through the Department of Corrections Administrations.

**C. CAUSE OF ACTION**

23. Plaintiff alleges that the following constitutional rights, privileges or immunities have been violated and that the following facts form the basis for the allegations:

1. Count II: Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment has been violated by Defendants actions in that they are denying him medications and necessary medical treatment for his Hepatitis C condition which could improve the quality of his life.

**D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

23. Plaintiff has not filed any other law suits in state or federal court dealing with the same facts involved in this action.

24. Plaintiff has previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of herein to no avail. (See Exhibit 1)

**E. REQUEST FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

a) Trial by jury.

b) That counsel be appointed to represent the Plaintiff in this action.

c) Punitive damages in the amount of $10,000.00.

d) Compensatory damages in the amount of $10,000.00.

e) Grant attorney fees and court costs for this action.

f) Such other and further relief the court deems just and proper.

DATED this ______ day of ________________________, 2009.

GARY PHILLIPS
Plaintiff

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1976. 18 U.S.C. Sec. 1621.

EXECUTED at ________________ on ______________________, 2009.

Phillips ______________



# Utah Department of Corrections

TOM PATTERSON
Executive Director

MIKE HADDON
Deputy Director

## Hearing Office

(Level Three Received/Date Stamped: 27 May 2009)

25 June 2009

Inmate Gary Phillips, USP # 18774, Offender # 42745
Utah State Prison, Oquirrh 3 – 201 B

Inter-facility

RE: **Level Three Grievance Number 990871405**

I have reviewed your grievance and other relevant information. There is no further administrative review available. **If you are dissatisfied with this response and wish to take further action, this grievance answer will serve as evidence you have exhausted the administrative remedy process. Your only recourse is to seek a judicial remedy.**

You bring your grievance to level three complaining that your liver has been swollen and painful and that when you see the doctors they never do anything to address the problem. Your requested remedy is to have your liver issue addressed.

I have reviewed the record and concur with the grievance responses at levels one and two. Your medical records indicate that you were seen by P.A. Clark in response to Inmate Care Requests on February 23, 2009, March 4, 2009 and March 24, 2009. You were prescribed numerous medications to help with your liver problems. On February 23, 2009 P.A. Clark ordered liver tests, and on March 5, 2009 the liver function tests showed that your Hepatitis C indicators were slightly elevated.

Doctors, like any other professionals, can have legitimate disagreements about appropriate professional courses of action to take in individual cases. There is nothing in the record that suggests to me that medical staff is being deliberately indifferent to your medical situation, or have not provided adequate and appropriate medical care. The USP follows national recognized protocols for treating Hep. C. Beginning interferon treatment too soon during the course of your illness will actually decrease your life expectancy rather than helping you.

If there are any changes in your condition or your symptoms notify medical staff by way of the Inmate Care Request system.

Your grievance remedy is resolved.

*Tom Anderson*
Hearing Office,
Utah Department of Corrections

Tracking #09-205

GF-5

GRIEVANCE FORWARDED

TO LEVEL 3

INMATE COPY

GRIEVANCE APPEAL FORM

Reference No: 990871405

Subject Code: ____________

Location Code: ____________

Day/Month/Year: 5-19-09

Level: **Three**

Gary Phillips — Name

18774 — USP Number

OQ-3-201-B — Housing Unit

REASONS FOR APPEAL

List the reasons why the prior administrative grievance decision is unacceptable.

In Level 2 They Say my levels Arent high enough yet one level Is twice as high As It Should be Medical Knows something Is wrong yet They Arent Finding out whats wrong. And I Wasnt given PAin meds For This I WAS given PAin meds For STAFF infection I Would like To Find out what Is wrong

If additional pages are necessary, please attach to this sheet.

SIGNATURE

DATE SUBMITTED 5-19-09

THIS DOCUMENT MUST BE SENT THROUGH UTAH STATE PRISON MAIL - NO POSTAGE NEEDED

Revised 9/1/94

FDr02/04.06
WH/E52



UTAH DEPARTMENT
UDC
OF CORRECTIONS

**Division of Institutional Operations**

State of Utah

**Thomas E. Patterson**
Executive Director

**Lowell Clark**
Division Director

**Robyn Williams**
Deputy Director – Operations

**Steven Turley**
Draper Site Warden

**Mike Haddon**
Deputy Director – Administration

May 7, 2009

Inmate Gary Phillips #18774
Oquirrh 3 201B
Utah State Prison
P.O. Box 250
Draper, UT 84020

RE: **Level 2 Response**
Reference: 990871405

Inmate Phillips:

I have reviewed your grievance. You allege although you have complained of a swollen, sore liver medical providers are doing nothing to treat your problem. You request medical treatment.

Your medical records show you have been treated for your complaint with pain medication and diagnostic testing. At this time your hepatitis c is not at a level at which it will respond to drug treatment. You should continue to notify medical staff via the Inmate Care Request system of any changes in your condition.

Your grievance remedy is resolved.

You may appeal the Level 2 decision by following the procedure outlined in FDr 02/03.04.

Billie Casper, Inmate Grievance Coordinator

Steve Turley, Warden
Utah State Prison

71405

## INMATE GRIEVANCE FORM

( Page 2 )

GF-1

IF YOU HAVE NOT RESOLVED THE GRIEVANCE AT THE INFORMAL LEVEL AND WISH TO APPEAL TO LEVEL TWO (FORMAL), THE INMATE MUST COMPLETE PAGE 2 AND FORWARD IT THROUGH THE PRISON MAIL SYSTEM TO THE LEVEL ONE DTO WHO SHALL FORWARD IT WITH ALL LEVEL ONE INFORMATION TO THE LEVEL TWO DTO.

SECTION 2 -- FORMAL GRIEVANCE ACTION

To be completed by the inmate:

Why is the Informal Response unacceptable? (Be specific)

IF my Medical ISSue WAS addressed why AM I STill having Swelling of The liver AND PAIN IT Seems like The ISSue IS Being IgNored I have Been Told ThAT There IS SomeThing Awrong BuT NoThing IS Being Done To Address ThiS. So I Feel ThAT Medical Should Figure out whATS wrong. I ShouldNT have To Keep PUTTing IN for The Same Problem when You AlreADy Know IT exsists AND P.A logAN ClArK hAS Said There IS A Problem

APR 2 ? 2009

4-14-09

Inmate's Signature / Date

# UTAH DEPARTMENT OF CORRECTIONS
# BUREAU OF CLINICAL SERVICES
# LEVEL ONE GRIEVANCE
# STAFF RESPONSE

GRIEVANCE NUMBER: 9908-71-405

INMATE NAME & NUMBER: Phillips, Gary #18774

HOUSING: OQ 3 201 B

DATE: April 14, 2009

In your grievance you state that you would like to have issue with your liver resolved. This issue is best addressed via the ICR process. I have reviewed your medical records and see that you have been seen on more than one occasion for this complaint. Your treatment is appropriate. If your symptoms have changed, please submit and ICR to be scheduled with a provider to discuss them. You may appeal this decision through a level 2 grievance per FDR 02/03.02.

*Eric DiFrancesco RN*
Clinical Staff

Denied

Original: Returned to Inmate
Copy: Level One Grievance file

**INMATE GRIEVANCE FORM** **GF-1**

INMATE'S NAME Gary Phillips HOUSING OQ-3-201-B

USP# 18774 OFFENDER# 42745

SECTION 1 - INFORMAL ACTION To be completed by inmate:

Specific nature of grievances (who, what, when, where and how): I have Been Complaining About my liver IT IS Been Swollen And Soar And when I see The Doctors They never Do Anything To Address This Problem I would like To have This ISSue addressed Im Tired of Being IN PAIN

Identify those contacted regarding your grievance and state what YOU HAVE DONE to resolve the issue: I have Seen P.A logan Clark AS well AS DR coombS but NoThing IS ever done To address This ISSue.

What is the specific remedy you seek? I would like To have This ISSue Addressed my liver Really hurTS.

TX

[signature] 3-16-09
Inmate's Signature / Date

exhibit 2

**Patient:** PHILLIPS, GARY
**Housing:** SP OQU 04 3 01 T
**Rlse. Date:** N/A
**Age:** 41

**Offender #:** 42745
**Security Class:** 1-B
**Mth. To Rlse.:** N/A
**Date of Birth:** 1967-05-18

**Allergies:**

**Active DX:** DERMATOPHYTOSIS | BACKACHE, UNSPECIFIED | CONTACT DERMATITIS AND OTHER ECZEMA | HEMOPTYSIS | CELLULITIS AND ABSCESS OF UPPER ARM AND FOREARM | HEADACHE | CHEST PAIN | LUNG INVOLVEMENT IN CONDITIONS CLASSIFIED ELSEWHERE | MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE | INSECT BITE, NONVENOMOUS, OF FINGERS, WITHOUT MENTION OF INFECTION | ATOPIC DERMATITIS AND RELATED CONDITIONS | ACUTE SINUSITIS | CHRONIC HEPATITIS C WITHOUT MENTION OF HEPATIC COMA | ENCOUNTERS FOR ADMINISTRATIVE PURPOSES | ESSENTIAL HYPERTENSION |

## Individual Order Search Results

Order Search Criteria: Offender #: 42745, Ordered Date: 06/01/2006 To: 07/31/2008, Type: MEDICATION, Status: both

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 277177 | 01/31/2008 | CHRIS ABBOTT, PA | FILLED | |

**Description:** ENALAPRIL TAB 20MG, 1 TABLET D, 01/31/2008 360 DAY(S)

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 277175 | 01/31/2008 | CHRIS ABBOTT, PA | DISCONTINUED | |

**Description:** METFORMIN TAB 500MG, 1 TABLET BID, 01/31/2008 360 DAY(S)

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 271785 | 07/15/2008 | BROOKS R. KEESHIN, MD | FILLED | |

**Description:** CARBAMAZEPIN TAB 200MG, 200 MG BID, 07/16/2008 180 DAY(S)
Comments: carbamazepin 200mg po BID

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 268208 | 07/01/2008 | BROOKS R. KEESHIN, MD | FILLED | |

**Description:** CITALOPRAM TAB 20MG, 60 MG AM, 07/02/2008 360 DAY(S) Comments: Celexa 60 mg po qam

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 268207 | 07/01/2008 | BROOKS R. KEESHIN, MD | DISCONTINUED | |

**Description:** CARBAMAZEPIN TAB 200MG, 200 MG AM, 07/02/2008 180 DAY(S)
Comments: Carbamazepin 200mg po qam

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 266480 | 06/25/2008 | JOSEPH COOMBS, PA | EXPIRED | |

**Description:** IBUPROFEN TAB 800MG, 1 TABLET TID, 06/26/2008 45 DAY(S)

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 255390 | 05/13/2008 | KENNON TUBBS, MD | FILLED | |

**Description:** ASPIR-LOW TAB 81MG EC, 1 TABLET D, 05/14/2008 360 DAY(S)
Comments: take one tablet every day

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 253463 | 05/07/2008 | JOSEPH COOMBS, PA | EXPIRED | |

**Description:** TRIAMCINOLON CRE 0.1%, 1 UNIT BID, 05/08/2008 45 DAY(S)
Comments: lg amount

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 247170 | 04/15/2008 | LOGAN S. CLARK, PA | EXPIRED | |

**Description:** IBUPROFEN TAB 800MG, 1 TABLET BID, 04/16/2008 90 DAY(S)

| Order Type | Order Date | Ordered By | Status | Expiration |
|---|---|---|---|---|
| MEDICATION 246232 | 04/11/2008 | SIDNEY G ROBERTS, MD | EXPIRED | |



Quest Diagnostics

PATIENT INFORMATION
**PHILLIPS,GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

DOB: 05/18/1967 Age: 41
GENDER: M

ORDERING PHYSICIAN
**LOGAN CLARK**

CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

SPECIMEN INFORMATION
SPECIMEN: 0901SL017857
REQUISITION: 284090034736
LAB REF NO:

ID: 42745

18774
USP

COLLECTED: 01/30/2009 00:00
RECEIVED: 01/30/2009 15:00
REPORTED: 02/02/2009 12:08

COMMENTS: EOI=[28409-284090034736-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | SL |
| WBC | 6.5 | | 3.8-10.8 THOUS/MCL | |
| RBC | 5.07 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 16.3 | | 13.4-18.0 GM/DL | |
| HEMATOCRIT | 46.0 | | 40.0-54.0 % | |
| MCV | 90.6 | | 80.0-100.0 FL | |
| MCH | 32.1 | | 27.0-33.0 PG | |
| MCHC | 35.4 | | 32.0-36.0 GM/DL | |
| RDW | 13.3 | | 11.0-15.0 % | |
| PLATELET COUNT | 298 | | 140-400 THOUS/MCL | |
| MPV | 8.1 | | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 3660 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1918 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 520 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 299 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 104 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 56.3 | | % | |
| LYMPHOCYTES | 29.5 | | % | |
| MONOCYTES | 8.0 | | % | |
| EOSINOPHILS | 4.6 | | % | |
| BASOPHILS | 1.6 | | % | |
| **H. PYLORI AB, IGG** | | **POSITIVE H** | NEGATIVE | DE |

H. PYLORI SEROLOGY TESTING MEASURES ANTIBODIES TO H. PYLORI AND IS NOT RECOMMENDED FOR THE DIAGNOSIS OF ACTIVE INFECTION. THE AMERICAN COLLEGE OF GASTROENTEROLOGY AND THE AMERICAN GASTROENTEROLOGICAL ASSOCIATION RECOMMEND EITHER THE UREA BREATH (TEST CODE #14839X) OR THE FECAL ANTIGEN TEST (TEST CODE #34838X) FOR DIAGNOSIS AND CONFIRMATION OF ERADICATION IN CASES OF SUSPECTED OR PROVEN HELICOBACTER PYLORI INFECTION.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR | | | | SL |
| **GLUCOSE** | | **102 H** | FASTING: 65-99 MG/DL | |
| UREA NITROGEN, SERUM | 17 | | 7-25 MG/DL | |
| CREATININE, SERUM | 1.02 | | 0.50-1.30 MG/DL | |
| EGFR | >60 | | >59 ML/MIN/1.73M2 | |
| FOR AFRICAN AMERICAN PATIENTS, MULTIPLY THE EGFR BY 1.21 | | | | |
| BUN/CREATININE RATIO | 16.7 | | 6-22 RATIO | |
| SODIUM, SERUM | 142 | | 135-146 MMOL/L | |
| POTASSIUM, SERUM | 4.6 | | 3.5-5.3 MMOL/L | |
| CHLORIDE, SERUM | 107 | | 98-110 MMOL/L | |

Page 1 - Continued on Page 2



PATIENT INFORMATION
**PHILLIPS, GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 05/18/1967 Age: 41
GENDER: M
ID: 42745

ORDERING PHYSICIAN
**LOGAN CLARK**

REPORTED: 02/02/2009 12:08
COLLECTED: 01/30/2009 00:00

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR (Continued) | | | | |
| CARBON DIOXIDE | 25 | | 18-31 MMOL/L | |
| CALCIUM, SERUM | 9.5 | | 8.6-10.4 MG/DL | |
| PROTEIN, TOTAL SERUM | 7.1 | | 6.2-8.3 G/DL | |
| ALBUMIN, SERUM | 4.5 | | 3.6-5.1 G/DL | |
| GLOBULIN | 2.6 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.7 | | 1.0-2.1 RATIO | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 MG/DL | |
| ALKALINE PHOSPHATASE | 56 | | 40-115 U/L | |
| [illegible] | | [illegible] | 10-40 U/L | |
| [illegible] | | [illegible] | 9-60 U/L | |

**Performing Laboratory Information:**

DE QUEST DIAGNOSTICS INC. 695 S. BROADWAY DENVER CO 80209
SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120



Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS, GARY**

DOB: 05/18/1967 Age: 41
GENDER: M

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

SPECIMEN INFORMATION
SPECIMEN: 0902SL014803
REQUISITION: 0902SL014803
LAB REF NO:

COLLECTED: 02/24/2009 07:12
RECEIVED: 02/24/2009 16:00
REPORTED: 02/24/2009 20:02

ORDERING PHYSICIAN
**CLARK**
CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

18774
USP

COMMENTS: 42745

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR | | | | SL |
| GLUCOSE | 92 | | FASTING: 65-99 MG/DL | |
| UREA NITROGEN, SERUM | 19 | | 7-25 MG/DL | |
| CREATININE, SERUM | 0.98 | | 0.50-1.30 MG/DL | |
| EGFR | >60 | | >59 ML/MIN/1.73M2 | |
| FOR AFRICAN AMERICAN PATIENTS, MULTIPLY THE EGFR BY 1.21 | | | | |
| BUN/CREATININE RATIO | 19.4 | | 6-22 RATIO | |
| SODIUM, SERUM | 142 | | 135-146 MMOL/L | |
| POTASSIUM, SERUM | 4.5 | | 3.5-5.3 MMOL/L | |
| CHLORIDE, SERUM | 109 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 23 | | 18-31 MMOL/L | |
| CALCIUM, SERUM | 9.0 | | 8.6-10.4 MG/DL | |
| PROTEIN, TOTAL SERUM | 6.7 | | 6.2-8.3 G/DL | |
| ALBUMIN, SERUM | 4.3 | | 3.6-5.1 G/DL | |
| GLOBULIN | 2.4 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.8 | | 1.0-2.1 RATIO | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 MG/DL | |
| ALKALINE PHOSPHATASE | 52 | | 40-115 U/L | |
| AST (SGOT) | | [illegible] | 10-40 U/L | |
| ALT (SGPT) | | [illegible] | 9-60 U/L | |
| LIPID PANEL W/REFL LDL | | | | |
| **CHOLESTEROL, SERUM** | | **217 H** | 125-200 MG/DL | **SL** |
| **TRIGLYCERIDES, SERUM** | | **329 H** | <150 MG/DL | **SL** |
| **HDL CHOLESTEROL** | | **30 L** | >=40 MG/DL | **SL** |
| LDL | 121 | | SEE BELOW MG/DL | SL |
| *REFERENCE RANGE FOR LDL<br>OPTIMAL <100<br>NEAR OPT. 0-129 | | | | |
| **CHOL/HDL RATIO** | | **7.2 H** | <=5.0 RATIO | **SL** |

**Performing Laboratory Information:**

SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

**Scanned**

PHILLIPS, GARY - 0902SL014803

Printed by Care360 AutoReceive on 02/24/09 at 08:33pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|
| **PHILLIPS, GARY** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

DOB: 05/18/1967 Age: 41
GENDER: M

ID: 42745

ORDERING PHYSICIAN
**ROBERTS SYDNEY**

CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

SPECIMEN INFORMATION
SPECIMEN: 0904SL011458
REQUISITION: 284090038659
LAB REF NO:

COLLECTED: 04/20/2009 11:03
RECEIVED: 04/20/2009 12:49
REPORTED: 04/20/2009 13:33

8774

COMMENTS: EOI=[28409-284090038659-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | SL |
| **WBC** | | **17.6 H** | 3.8-10.8 THOUS/MCL | |
| RBC | 4.59 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 14.2 | | 13.4-18.0 GM/DL | |
| HEMATOCRIT | 41.5 | | 40.0-54.0 % | |
| MCV | 90.5 | | 80.0-100.0 FL | |
| MCH | 31.0 | | 27.0-33.0 PG | |
| MCHC | 34.3 | | 32.0-36.0 GM/DL | |
| RDW | 13.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 231 | | 140-400 THOUS/MCL | |
| MPV | 7.6 | | 7.5-11.5 FL | |
| **ABSOLUTE NEUTROPHILS** | | **13816 H** | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1901 | | 850-3900 CELLS/MCL | |
| **ABSOLUTE MONOCYTES** | | **1566 H** | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 246 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 70 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 78.5 | | % | |
| LYMPHOCYTES | 10.8 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 1.4 | | % | |
| BASOPHILS | 0.4 | | % | |
| COMP METABOLIC PANEL W/EGFR | | | | SL |
| GLUCOSE | 90 | | FASTING: 65-99 MG/DL | |
| UREA NITROGEN, SERUM | 17 | | 7-25 MG/DL | |
| CREATININE, SERUM | 1.22 | | 0.50-1.30 MG/DL | |
| EGFR | >60 | | >59 ML/MIN/1.73M2 | |
| FOR AFRICAN AMERICAN PATIENTS, MULTIPLY THE EGFR BY 1.21 | | | | |
| BUN/CREATININE RATIO | 13.9 | | 6-22 RATIO | |
| SODIUM, SERUM | 142 | | 135-146 MMOL/L | |
| POTASSIUM, SERUM | 4.4 | | 3.5-5.3 MMOL/L | |
| CHLORIDE, SERUM | 105 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 23 | | 18-31 MMOL/L | |
| CALCIUM, SERUM | 9.0 | | 8.6-10.4 MG/DL | |
| PROTEIN, TOTAL SERUM | 6.7 | | 6.2-8.3 G/DL | |
| ALBUMIN, SERUM | 4.3 | | 3.6-5.1 G/DL | |
| GLOBULIN | 2.4 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.8 | | 1.0-2.1 RATIO | |
| **BILIRUBIN, TOTAL** | | **1.3 H** | 0.2-1.2 MG/DL | |
| ALKALINE PHOSPHATASE | 66 | | 40-115 U/L | |
| AST (SGOT) | 34 | | 10-40 U/L | |
| **ALT (SGPT)** | | **79 H** | 9-60 U | |

Scanned

PHILLIPS, GARY - 0904SL011458

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/20/09 at 03:30pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS, GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 05/18/1967 Age: 41
GENDER: M
ID: 42745

ORDERING PHYSICIAN
**ROBERTS SYDNEY**

18774-US

REPORTED: 04/20/2009 13:33
COLLECTED: 04/20/2009 11:03

**Performing Laboratory Information:**

SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Printed by Care360 AutoReceive on 04/20/09 at 03:30pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD28300-NTL Revised 5/08. SC2K - 115570.



Quest Diagnostics Incorporated

REPORT STATUS **Final**

PATIENT INFORMATION
**PHILLIPS, GARY**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

DOB: 05/18/1967 Age: 41
GENDER: M

ID: 42745

ORDERING PHYSICIAN
**COOMBS JOE**
CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

SPECIMEN INFORMATION
SPECIMEN: 0904SL012533
REQUISITION: 284090038736
LAB REF NO:

COLLECTED: 04/21/2009 10:58
RECEIVED: 04/21/2009 15:10
REPORTED: 04/27/2009 15:05

1874 US

COMMENTS: EOI=[28409-284090038736-42745-28409-]

| **Test Name** | **In Range** | **Out of Range** | **Reference Range** | **Lab** |
|---|---|---|---|---|
| CULTURE, AEROBIC AND ANAEROBIC W/GRAM STAIN | | | | DE |

GRAM STAIN SMEAR FINAL
SOURCE OF CULTURE, AEROBIC AND ANAEROBIC W/GRAM STAIN: RT GROIN AREA
RARE WHITE BLOOD CELLS
FEW GRAM POSITIVE COCCI IN PAIRS & CLUSTERS

CULTURE, ROUTINE FINAL
MODERATE GROWTH OF STAPH AUREUS -- CULTURE POSITIVE FOR: METHICILLIN RESISTANT STAPH AUREUS. THIS RESISTANCE ALSO APPLIES TO NAFCILLIN, OXACILLIN, CLOXACILLIN AND DICLOXACILLIN.
THIS ISOLATE IS NEGATIVE FOR INDUCIBLE CLINDAMYCIN RESISTANCE.

ANAEROBIC CULTURE FINAL
FINAL REPORT: NO ANAEROBES ISOLATED
THE COLLECTION DEVICE USED DOES NOT PROVIDE AMPLE PRESERVATION OF FASTIDIOUS ANAEROBIC ORGANISMS. PLEASE SUBMIT ANAEROBIC CULTURES IN GEL SWABS WHICH ARE AVAILABLE THOUGH CLIENT SUPPLIES.

SENSITIVITY FINAL
SENSITIVITY # 1 S. AUREUS

| SUSCEPTIBLE | INTERMEDIATE | RESISTANT |
|---|---|---|
| VANCOMYCIN | | PENICILLIN |
| BACTRIM/SEPTRA | | OXACILLIN |
| TETRACYCLINE | | ERYTHROMYCIN |
| MOXIFLOXACIN | | CEFAZOLIN |
| LEVOFLOXACIN | | AMPICILLIN/SULBACTAM |
| GENTAMICIN | | |
| CLINDAMYCIN | | |

COMMENTS:
THIS IS AN UPDATED REPORT FOR CULTURE, ROUTINE
THIS IS AN UPDATED REPORT FOR ANAEROBIC CULTURE
7051 - CULTURE, ROUTINE CALLED TO STEVE (INFIRMARY) BY SCHEIDS AT 3:50 PM ON 4/24/2009
( VERBAL AND FAXED )
PRIORITY AND/OR STAT RESULT(S) GIVEN TO AND CORRECTLY READ BACK BY ABOVE CONTACT.

Scanned

 Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. OD20300-NTL Revised 5/08. SC2K - 115570.



Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS, GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

DOB: 05/18/1967 Age: 41
GENDER: M

ID: 42745

ORDERING PHYSICIAN
**COOMBS JOE**
CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

SPECIMEN INFORMATION
SPECIMEN: 0904SL012487
REQUISITION: 284090038738
LAB REF NO:

COLLECTED: 04/21/2009 11:12
RECEIVED: 04/21/2009 13:00
REPORTED: 04/21/2009 14:37

18774 USP

COMMENTS: EOI=[28409-284090038738-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | SL |
| **WBC** | | **15.8 H** | 3.8-10.8 THOUS/MCL | |
| **RBC** | | **4.16 L** | 4.20-5.80 MILL/MCL | |
| **HEMOGLOBIN** | | **12.8 L** | 13.4-18.0 GM/DL | |
| **HEMATOCRIT** | | **37.6 L** | 40.0-54.0 % | |
| MCV | 90.3 | | 80.0-100.0 FL | |
| MCH | 30.7 | | 27.0-33.0 PG | |
| MCHC | 34.0 | | 32.0-36.0 GM/DL | |
| RDW | 13.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 221 | | 140-400 THOUS/MCL | |
| MPV | 7.7 | | 7.5-11.5 FL | |
| **ABSOLUTE NEUTROPHILS** | | **11866 H** | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1754 | | 850-3900 CELLS/MCL | |
| **ABSOLUTE MONOCYTES** | | **1754 H** | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 379 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 47 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 75.1 | | % | |
| LYMPHOCYTES | 11.1 | | % | |
| MONOCYTES | 11.1 | | % | |
| EOSINOPHILS | 2.4 | | % | |
| BASOPHILS | 0.3 | | % | |

COMMENTS:
STAT CALLED TO ART A. AT 1412 ON 4-21-09 BY VISHERS

---

**Performing Laboratory Information:**

SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Printed by Care360 AutoReceive on 04/21/09 at 03:45pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. OD20300-NTL. Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS,GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
**COOMBS JOE**

DOB: 05/18/1967 Age: 41
GENDER: M
ID: 42745

REPORTED: 04/27/2009 15:05
COLLECTED: 04/21/2009 10:58

187748

**Performing Laboratory Information:**

DE QUEST DIAGNOSTICS INC. 695 S. BROADWAY DENVER CO 80209

Scanned

Printed by Care360 AutoReceive on 04/27/09 at 03:45pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.



Quest Diagnostics Incorporated

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 303.899.6000 | PATIENT INFORMATION<br>**PHILLIPS,GARY**<br>DOB: 05/18/1967 Age: 41<br>GENDER: M | REPORT STATUS **Final**<br>ORDERING PHYSICIAN<br>**ROBERTS SYDNEY** |
| SPECIMEN INFORMATION<br>SPECIMEN: 0904SL013424<br>REQUISITION: 284090038753<br>LAB REF NO: | ID: 42745 | CLIENT INFORMATION<br>28409<br>UTAH STATE PRISON<br>DR.<br>P O BOX 250<br>DRAPER, UT 84020 |
| COLLECTED: 04/22/2009 07:18<br>RECEIVED: 04/22/2009 10:07<br>REPORTED: 04/22/2009 16:23 | 18774 | |

COMMENTS: EOI=[28409-284090038753-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | SL |
| WBC | 10.1 | | 3.8-10.8 THOUS/MCL | |
| RBC | 4.25 | | 4.20-5.80 MILL/MCL | |
| **HEMOGLOBIN** | | **13.1 L** | 13.4-18.0 GM/DL | |
| **HEMATOCRIT** | | **38.4 L** | 40.0-54.0 % | |
| MCV | 90.3 | | 80.0-100.0 FL | |
| MCH | 30.8 | | 27.0-33.0 PG | |
| MCHC | 34.1 | | 32.0-36.0 GM/DL | |
| RDW | 13.3 | | 11.0-15.0 % | |
| PLATELET COUNT | 240 | | 140-400 THOUS/MCL | |
| MPV | 7.7 | | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 6888 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1909 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 848 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 414 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 40 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 68.2 | | % | |
| LYMPHOCYTES | 18.9 | | % | |
| MONOCYTES | 8.4 | | % | |
| EOSINOPHILS | 4.1 | | % | |
| BASOPHILS | 0.4 | | % | |
| VANCOMYCIN, TROUGH | SEE COMMENTS | | 5-10 MCG/ML | BN |
| COMP METABOLIC PANEL W/EGFR | | | | SL |
| **GLUCOSE** | | **118 H** | FASTING: 65-99 MG/DL | |
| UREA NITROGEN, SERUM | 13 | | 7-25 MG/DL | |
| CREATININE, SERUM | 1.00 | | 0.50-1.30 MG/DL | |
| EGFR | >60 | | >59 ML/MIN/1.73M2 | |
| FOR AFRICAN AMERICAN PATIENTS, MULTIPLY THE EGFR BY 1.21 | | | | |
| BUN/CREATININE RATIO | 13.0 | | 6-22 RATIO | |
| SODIUM, SERUM | 140 | | 135-146 MMOL/L | |
| POTASSIUM, SERUM | 4.1 | | 3.5-5.3 MMOL/L | |
| CHLORIDE, SERUM | 105 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 24 | | 18-31 MMOL/L | |
| **CALCIUM, SERUM** | | **8.1 L** | 8.6-10.4 MG/DL | |
| PROTEIN, TOTAL SERUM | 6.2 | | 6.2-8.3 G/DL | |
| ALBUMIN, SERUM | 3.6 | | 3.6-5.1 G/DL | |
| GLOBULIN | 2.6 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.4 | | 1.0-2.1 RATIO | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 MG/DL | |
| ALKALINE PHOSPHATASE | 71 | | 40-115 U/L | |
| **AST (SGOT)** | | **[illegible] H** | 10-40 U/L | |

Scanned

PHILLIPS,GARY - 0904SL013424

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/22/09 at 05:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. OD2030-NTL Revised 5/08. SC2K - 115570.



Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS, GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 05/18/1967 Age: 41
GENDER: M
ID: 42745

ORDERING PHYSICIAN
**ROBERTS SYDNEY**

18774 UP

REPORTED: 04/22/2009 16:23
COLLECTED: 04/22/2009 07:18

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR (Continued) | | | | |
| ALT (SGPT) | | [illegible] | 9-60 U/L | |

COMMENTS:
RESULTS CALLED AND FAXED TO WADE 1037 GILCHRIC
REPORT WILL BE MAILED VALENZUM

**Performing Laboratory Information:**

BN JORDAN VALLEY HOSPITAL 3580 W. 9000 S. WEST JORDAN UT 84088
SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Scanned

PHILLIPS, GARY - 0904SL013424

Page 2 - End of Report

Printed by Care360 AutoReceive on 04/22/09 at 05:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

| | |
|---|---|
| PATIENT INFORMATION<br>**PHILLIPS, GARY** | REPORT STATUS **Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

DOB: 05/18/1967 Age: 41
GENDER: M

ID: 42745

ORDERING PHYSICIAN
**CLARK LOGAN S.**

CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

SPECIMEN INFORMATION
SPECIMEN: 0904SL014364
REQUISITION: 284090038840
LAB REF NO:

COLLECTED: 04/23/2009 14:44
RECEIVED: 04/23/2009 15:25
REPORTED: 04/23/2009 16:16

COMMENTS: EOI=[28409-284090038840-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | SL |
| WBC | 7.3 | | 3.8-10.8 THOUS/MCL | |
| **RBC** | | **4.17 L** | 4.20-5.80 MILL/MCL | |
| **HEMOGLOBIN** | | **12.9 L** | 13.4-18.0 GM/DL | |
| **HEMATOCRIT** | | **37.5 L** | 40.0-54.0 % | |
| MCV | 90.1 | | 80.0-100.0 FL | |
| MCH | 31.1 | | 27.0-33.0 PG | |
| MCHC | 34.5 | | 32.0-36.0 GM/DL | |
| RDW | 13.3 | | 11.0-15.0 % | |
| PLATELET COUNT | 300 | | 140-400 THOUS/MCL | |
| **MPV** | | **7.2 L** | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 4511 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1759 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 584 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 387 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 58 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 61.8 | | % | |
| LYMPHOCYTES | 24.1 | | % | |
| MONOCYTES | 8.0 | | % | |
| EOSINOPHILS | 5.3 | | % | |
| BASOPHILS | 0.8 | | % | |
| COMP METABOLIC PANEL W/EGFR | | | | SL |
| GLUCOSE | 96 | | FASTING: 65-99 MG/DL | |
| UREA NITROGEN, SERUM | 13 | | 7-25 MG/DL | |
| CREATININE, SERUM | 1.19 | | 0.50-1.30 MG/DL | |
| EGFR | >60 | | >59 ML/MIN/1.73M2 | |
| FOR AFRICAN AMERICAN PATIENTS, MULTIPLY THE EGFR BY 1.21 | | | | |
| BUN/CREATININE RATIO | 10.9 | | 6-22 RATIO | |
| SODIUM, SERUM | 141 | | 135-146 MMOL/L | |
| POTASSIUM, SERUM | 4.5 | | 3.5-5.3 MMOL/L | |
| CHLORIDE, SERUM | 107 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 23 | | 18-31 MMOL/L | |
| **CALCIUM, SERUM** | | **8.3 L** | 8.6-10.4 MG/DL | |
| PROTEIN, TOTAL SERUM | 6.2 | | 6.2-8.3 G/DL | |
| ALBUMIN, SERUM | 3.9 | | 3.6-5.1 G/DL | |
| GLOBULIN | 2.3 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.7 | | 1.0-2.1 RATIO | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 MG/DL | |
| ALKALINE PHOSPHATASE | 67 | | 40-115 U/L | |
| **AST (SGOT)** | | **92 H** | 10-40 U/L | |

Scanned

 Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/23/09 at 04:45pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL. Revised 5/08. SC2K - 115570.



Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS, GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 05/18/1967 Age: 41
GENDER: M
ID: 42745

ORDERING PHYSICIAN
**CLARK LOGAN S.**

18774-158

REPORTED: 04/23/2009 16:16
COLLECTED: 04/23/2009 14:44

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR (Continued) | | | | |
| ALT (SGPT) | | 135 H | 9-60 U/L | |

COMMENTS:
RESULTS CALLED AND FAXED TO ART 1402 GILCHRIC

---

**Performing Laboratory Information:**

SL QUEST DIAGNOSTICS INC, 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. OD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

SPECIMEN INFORMATION
SPECIMEN: 0904SL014994
REQUISITION: 284090038846
LAB REF NO:

COLLECTED: 04/24/2009 06:45
RECEIVED: 04/24/2009 08:20
REPORTED: 04/27/2009 14:34

PATIENT INFORMATION
**PHILLIPS, GARY**

DOB: 05/18/1967 Age: 41
GENDER: M

ID: 42745

18774
USP

REPORT STATUS **Final**

ORDERING PHYSICIAN
**ROBERTS SYDNEY**
CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

COMMENTS: EOI=[28409-284090038846-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | SL |
| WBC | 6.1 | | 3.8-10.8 THOUS/MCL | |
| **RBC** | | **4.05 L** | 4.20-5.80 MILL/MCL | |
| **HEMOGLOBIN** | | **12.6 L** | 13.4-18.0 GM/DL | |
| **HEMATOCRIT** | | **36.3 L** | 40.0-54.0 % | |
| MCV | 89.6 | | 80.0-100.0 FL | |
| MCH | 31.2 | | 27.0-33.0 PG | |
| MCHC | 34.8 | | 32.0-36.0 GM/DL | |
| RDW | 13.2 | | 11.0-15.0 % | |
| PLATELET COUNT | 272 | | 140-400 THOUS/MCL | |
| **MPV** | | **6.9 L** | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 3599 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1385 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 647 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 421 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 49 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 59.0 | | % | |
| LYMPHOCYTES | 22.7 | | % | |
| MONOCYTES | 10.6 | | % | |
| EOSINOPHILS | 6.9 | | % | |
| BASOPHILS | 0.8 | | % | |
| VANCOMYCIN, TROUGH | SEE COMMENTS | | 5-10 MCG/ML | BN |
| COMP METABOLIC PANEL W/EGFR | | | | SL |
| GLUCOSE | 82 | | FASTING: 65-99 MG/DL | |
| UREA NITROGEN, SERUM | 14 | | 7-25 MG/DL | |
| CREATININE, SERUM | 1.08 | | 0.50-1.30 MG/DL | |
| EGFR | >60 | | >59 ML/MIN/1.73M2 | |
| FOR AFRICAN AMERICAN PATIENTS, MULTIPLY THE EGFR BY 1.21 | | | | |
| BUN/CREATININE RATIO | 13.0 | | 6-22 RATIO | |
| SODIUM, SERUM | 139 | | 135-146 MMOL/L | |
| POTASSIUM, SERUM | 4.2 | | 3.5-5.3 MMOL/L | |
| CHLORIDE, SERUM | 107 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 26 | | 18-31 MMOL/L | |
| **CALCIUM, SERUM** | | **7.9 L** | 8.6-10.4 MG/DL | |
| **PROTEIN, TOTAL SERUM** | | **5.6 L** | 6.2-8.3 G/DL | |
| **ALBUMIN, SERUM** | | **3.3 L** | 3.6-5.1 G/DL | |
| GLOBULIN | 2.3 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.4 | | 1.0-2.1 RATIO | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 MG/DL | |
| ALKALINE PHOSPHATASE | 62 | | 40-115 U/L | |
| **AST (SGOT)** | | **[illegible] H** | 10-40 U/L | |

Scanned

PHILLIPS, GARY - 0904SL014994

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/27/09 at 03:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS,GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 05/18/1967 Age: 41
GENDER: M
ID: 42745

ORDERING PHYSICIAN
**ROBERTS SYDNEY**

18774-USP

REPORTED: 04/27/2009 14:34
COLLECTED: 04/24/2009 06:45

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR (Continued) | | | | |
| ALT (SGPT) | | 137 H | 9-60 U/L | |

COMMENTS:
REPORT WILL BE MAILED VALENZUM

**Performing Laboratory Information:**

BN JORDAN VALLEY HOSPITAL 3580 W. 9000 S. WEST JORDAN UT 84088
SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Scanned

Printed by Care360 AutoReceive on 04/27/09 at 03:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

| | |
|---|---|
| REPORT STATUS | Final |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

PATIENT INFORMATION
**PHILLIPS, GARY**

DOB: 05/18/1967 Age: 41
GENDER: M

PHONE: 8015767290

ORDERING PHYSICIAN
**CLARK**

CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

SPECIMEN INFORMATION
SPECIMEN: 0905SL005556
REQUISITION: 0905SL005556
LAB REF NO:

COLLECTED: 05/11/2009 00:00
RECEIVED: 05/11/2009 15:15
REPORTED: 05/12/2009 16:31

18774-UP

COMMENTS: PT. PHONE:8015767290
42745

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INC. DIFF/PLT) | | | | BN |
| WBC | SEE COMMENTS | | 3.8-10.8 THOUS/MCL | |
| RBC | SEE COMMENTS | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | SEE COMMENTS | | 13.4-18.0 GM/DL | |
| HEMATOCRIT | SEE COMMENTS | | 40.0-54.0 % | |
| MCV | SEE COMMENTS | | 80.0-100.0 FL | |
| MCH | SEE COMMENTS | | 27.0-33.0 PG | |
| MCHC | SEE COMMENTS | | 32.0-36.0 GM/DL | |
| RDW | SEE COMMENTS | | 11.0-15.0 % | |
| PLATELET COUNT | SEE COMMENTS | | 140-400 THOUS/MCL | |
| MPV | SEE COMMENTS | | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | SEE COMMENTS | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | SEE COMMENTS | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | SEE COMMENTS | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | SEE COMMENTS | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | SEE COMMENTS | | 0-200 CELLS/MCL | |
| NEUTROPHILS | SEE COMMENTS | | % | |
| LYMPHOCYTES | SEE COMMENTS | | % | |
| MONOCYTES | SEE COMMENTS | | % | |
| EOSINOPHILS | SEE COMMENTS | | % | |
| BASOPHILS | SEE COMMENTS | | % | |
| COMP METABOLIC PANEL W/EGFR | | | | |
| GLUCOSE | SEE COMMENTS | | FASTING: 65-99 MG/DL | BN |
| UREA NITROGEN, SERUM | SEE COMMENTS | | 7-25 MG/DL | BN |
| CREATININE, SERUM | SEE COMMENTS | | 0.50-1.30 MG/DL | BN |
| EGFR | | | >59 ML/MIN/1.73M2 | SL |
| BUN/CREATININE RATIO | SEE COMMENTS | | 6-22 RATIO | BN |
| SODIUM, SERUM | SEE COMMENTS | | 135-146 MMOL/L | BN |
| POTASSIUM, SERUM | SEE COMMENTS | | 3.5-5.3 MMOL/L | BN |
| CHLORIDE, SERUM | SEE COMMENTS | | 98-110 MMOL/L | BN |
| CARBON DIOXIDE | SEE COMMENTS | | 18-31 MMOL/L | BN |
| CALCIUM, SERUM | SEE COMMENTS | | 8.6-10.4 MG/DL | BN |
| PROTEIN, TOTAL SERUM | SEE COMMENTS | | 6.2-8.3 G/DL | BN |
| ALBUMIN, SERUM | SEE COMMENTS | | 3.6-5.1 G/DL | BN |
| GLOBULIN | SEE COMMENTS | | 2.1-3.7 G/DL | BN |
| | CALCULATION COULD NOT BE PERFORMED, ONE OR MORE COMPONENTS OUTSIDE OF THE REPORTING RANGE. | | | |
| A/G RATIO | SEE COMMENTS | | 1.0-2.1 RATIO | BN |
| | CALCULATION COULD NOT BE PERFORMED, ONE OR MORE COMPONENTS OUTSIDE OF THE REPORTING RANGE. | | | |
| BILIRUBIN, TOTAL | SEE COMMENTS | | 0.2-1.2 MG/DL | BN |

Scanned

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 05/12/09 at 05:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

PATIENT INFORMATION
**PHILLIPS,GARY**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
**CLARK**

DOB: 05/18/1967 Age: 41
GENDER: M

REPORTED: 05/12/2009 16:31
COLLECTED: 05/11/2009 00:00

18774-108

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR (Continued) | | | | |
| ALKALINE PHOSPHATASE | SEE COMMENTS | | 40-115 U/L | BN |
| AST (SGOT) | SEE COMMENTS | | 10-40 U/L | BN |
| ALT (SGPT) | SEE COMMENTS | | 9-60 U/L | BN |

COMMENTS:
REPORT WILL BE MAILED VALENZUM

---

**Performing Laboratory Information:**

BN JORDAN VALLEY HOSPITAL 3580 W. 9000 S. WEST JORDAN UT 84088
SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Scanned

Printed by Care360 AutoReceive on 05/12/09 at 05:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**PHILLIPS, GARY**

DOB: 05/18/1967 Age: 41
GENDER: M

REPORT STATUS **Final**

ORDERING PHYSICIAN
**CLARK**

18774-LBP

REPORTED: 05/12/2009 16:31
COLLECTED: 05/11/2009 00:00

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMP METABOLIC PANEL W/EGFR (Continued) | | | | |
| ALKALINE PHOSPHATASE | SEE COMMENTS | | 40-115 U/L | BN |
| AST (SGOT) | SEE COMMENTS | | 10-40 U/L | BN |
| ALT (SGPT) | SEE COMMENTS | | 9-60 U/L | BN |

COMMENTS:
REPORT WILL BE MAILED VALENZUM

---

**Performing Laboratory Information:**

BN JORDAN VALLEY HOSPITAL 3580 W. 9000 S. WEST JORDAN UT 84088
SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Scanned

Printed by Care360 AutoReceive on 05/12/09 at 05:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. OD20300-NTL Revised 5/08. SC2K - 115570.



Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 303.899.6000

SPECIMEN INFORMATION
SPECIMEN: 0906SL017657
REQUISITION: 284090041685
LAB REF NO:

COLLECTED: 06/29/2009 00:00
RECEIVED: 06/29/2009 15:40
REPORTED: 06/30/2009 06:45

PATIENT INFORMATION
**PHILLIPS, GARY**

DOB: 05/18/1967 Age: 42
GENDER: M
ID: 42745 offender

18774
USP

REPORT STATUS **Final**

ORDERING PHYSICIAN
**DRAPER, RANDALL**
CLIENT INFORMATION
28409
UTAH STATE PRISON
DR.
P O BOX 250
DRAPER, UT 84020

COMMENTS: EOI=[28409-284090041685-42745-28409-]

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CARBAMAZEPINE, TOTAL | 6.4 | | SEE BELOW MCG/ML | DE |
| *REFERENCE RANGE FOR CARBAMAZEPINE, TOTAL THERAPEUTIC RANGE: 4.0-12.0 | | | | |
| CBC (INC. DIFF/PLT) | | | | SL |
| WBC | 5.6 | | 3.8-10.8 THOUS/MCL | |
| RBC | 4.82 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 15.5 | | 13.4-18.0 GM/DL | |
| HEMATOCRIT | 43.3 | | 40.0-54.0 % | |
| MCV | 89.9 | | 80.0-100.0 FL | |
| MCH | 32.2 | | 27.0-33.0 PG | |
| MCHC | 35.8 | | 32.0-36.0 GM/DL | |
| RDW | 13.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 393 | | 140-400 THOUS/MCL | |
| MPV | 11.3 | | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 2705 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2206 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 392 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 252 | | 0-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 48.3 | | % | |
| LYMPHOCYTES | 39.4 | | % | |
| MONOCYTES | 7.0 | | % | |
| EOSINOPHILS | 4.5 | | % | |
| BASOPHILS | 0.8 | | % | |
| T-4/TSH | | | | |
| T-4, TOTAL | 6.3 | | 4.5-12.5 MCG/DL | DE |
| TSH, 3RD GENERATION | | 5.78 H | 0.40-4.50 MIU/L | DE |

Scanned

**Performing Laboratory Information:**

DE QUEST DIAGNOSTICS INC. 695 S. BROADWAY DENVER CO 80209
SL QUEST DIAGNOSTICS INC. 3489 WEST 2100 SOUTH SUITE 200 SALT LAKE CITY UT 84120

Printed by Care360 AutoReceive on 06/30/09 at 07:30am.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. OD20300-NTL Revised 5/08. SC2K - 115570.

**DIVISION OF INSTITUTIONAL OPERATIONS**

**CLINICAL SERVICES**

**M E M O R A N D U M**

**TO:** Inmate Gary Phillips USP #18774 Off #42745
Oquirrh 3 201B

**FROM:** Dr. Garden - Clinical Services

**DATE:** June 10, 2009

**SUBJECT:** YOUR LETTER OF 6/8/09

---

Review of your medical chart indicates you are receiving appropriate medical care. From my brief review, it does not look like you would be a candidate for the treatment you are requesting. However, if you wish to discuss that further please submit an ICR and do so in a medical appointment.

**DIVISION OF INSTITUTIONAL OPERATIONS**

**CLINICA RVICES**

**M E M O R A D U M**

**TO:** Inmate Gary Phillips US 3774 Off #42745
Oquirrh 3 201B

**FROM:** Dr. Garden - Clinical Services

**DATE:** March 24, 2009

**SUBJECT:** YOUR LETTER OF 3/22/09

---

Review of your medical chart indicates you were seen today by a medical provider and appropriate recommendations were documented. It also indicates your issues were addressed. If you have further questions or concerns, please submit an ICR.

Exhibit 4

DIVISION OF INSTITUTIONAL OPERATIONS

CLINICAL SERVICES

M E M O R A N D U M

**TO:** Inmate Gary Phillips USP #18774 Off #42745
Oquirrh 3 201B

**FROM:** Dr. Garden - Clinical Services

**DATE:** February 3, 2009

**SUBJECT:** YOUR LETTER OF 1/29/09

---

Review of your medical chart indicates appropriate treatment recommendations have been documented and that you do not fit our criteria for treatment at this time. If you wish to discuss that further, please submit an ICR and discuss it in a medical appointment.

exhibit 3

# HEPATITIC C
## Clinical Protocols

**Before an inmate will be reviewed in clinic, a Pre-evaluation will be completed Including:**

1. Hepatitis panel with a Riba confirmation of Hepatitis C.

2. Liver function tests:
   a. After initial diagnosis
   b. Six (6) month results
   c. Twelve (12) month results
   d. Remain elevated 1 ½ to 2 times higher than normal values
   e. Drug free for one year

3. The inmate parole date will be identified.  To be treated the inmate needs to remain at the U.S.P. for 12 months or more from the time treatment is started.

4. A psychological evaluation is to be completed.

5. Complete lab work including:
   a. CBC
   b. Liver function test (within 90 days of review for clinic) PT, INR
   c. TSH
   d. Iron – TIBC

Exhibit 3

*PRIVATE*

# UTAH STATE PRISON
# CLINICAL SERVICES

DATE: 11/24/08

☐ Clearance Request

☐ HCR Information Request

☐ Laboratory Test

☐ Medication Refill Request

☒ Other Review for interferon

Comments: You due not meet the criteria for this program due to
1- low elevation of liver function tests does not meet our criteria
2- Depression on 2 M.H. meds. this is not considered stable for this medication which causes depression

☐ Within Normal Limits

☐ Please submit a Health Care Request to be seen by a Provider for a follow-up visit.

SIGNATURE: [signature]

PRIVATE

INMATE: Gary Phillips

USP#: 42745

HOUSING: OQ5-H03

Exhibit S

Appointment Search

Requested | Scanned | ✓ Missed | ✓ Completed | Canceled

**Date Range From:** 06/01/2006 To 07/31/2008

**Offender #:** 42745

**Service:** ...

**Clinic:** ...

**Staff:** ...

**Urgency:** ...

**Location:** ... ... ...

Search Clear

| Patient | Ofndr # | Housing | Clinic | Staff | Reason | Earliest Appt Date | Scheduled Appt Date | Status |
|---|---|---|---|---|---|---|---|---|
| PHILLIPS, GARY LYNN | 42745 | SP OQU O4 3 01 T | | LOGAN S. CLARK, PA | INMATE CARE REQUEST (ICR) | 05/19/2008 | 05/23/2008 10:00 | COMPLETED |

**Comments:**

**Linked ICR Comments:**

**MEDICAL VISIT REQUEST :** my lower back is hurting i got degenerative disc i have mri results to prove it — CLOSED

my lower back is hurting i got degenerative disc i have mri results to prove it

| Patient | Ofndr # | Housing | Clinic | Staff | Reason | Earliest Appt Date | Scheduled Appt Date | Status |
|---|---|---|---|---|---|---|---|---|
| PHILLIPS, GARY LYNN | 42745 | SP OQU O4 3 01 T | | SIDNEY G ROBERTS, MD | SCHEDULED | | 05/21/2008 10:00 | MISSED |

**Comments:** WOULD LIKE TO KNOW THE RESUTLS OF MY LAB WORK ON MY LIVER CAUSE IT STILL HURTS." I WOULD LIKE TO KNOW THE RESUTLS OF MY LAB WORK ON MY LIVER CAUSE IT STILL HURTS."

| Patient | Ofndr # | Housing | Clinic | Staff | Reason | Earliest Appt Date | Scheduled Appt Date | Status |
|---|---|---|---|---|---|---|---|---|
| PHILLIPS, GARY LYNN | 42745 | SP OQU O4 3 01 T | | NANCY HOWARD, RN | SCHEDULED | | 05/13/2008 10:00 | COMPLETED |

**Comments:**

| Patient | Ofndr # | Housing | Clinic | Staff | Reason | Earliest Appt Date | Scheduled Appt Date | Status |
|---|---|---|---|---|---|---|---|---|
| PHILLIPS, GARY LYNN | 42745 | SP OQU O4 3 01 T | | JOSEPH COOMBS, PA | INMATE CARE REQUEST (ICR) | 04/28/2008 | 05/07/2008 13:00 | COMPLETED |

**Comments:**

**Linked ICR Comments:**

**MEDICAL VISIT REQUEST :** the left of my face still hurts there is double vision in the left eye. and the pain on the left side of face is sausing me headaches — CLOSED

the left of my face still hurts there is double vision in the left eye. and the pain on the left side of face is sausing me headaches

| Patient | Ofndr # | Housing | Clinic | Staff | Reason | Earliest Appt Date | Scheduled Appt Date | Status |
|---|---|---|---|---|---|---|---|---|
| PHILLIPS, GARY LYNN | 42745 | SP OQU O4 3 01 T | | LOGAN S. CLARK, PA | INMATE CARE REQUEST (ICR) | 04/21/2008 | 04/28/2008 14:00 | COMPLETED |

**Comments:**

L·O·L·A
*Latino Organization for Liver Awareness*
1560 Mayflower Avenue
Bronx, New York 10461
718-892-8697 Fax 718-918-0527
www.lola-national.org

# HEPATITIS C

**What is Hepatitis C?**

Hepatitis C is an inflammation of the liver that results from infection with the hepatitis C virus. The Hepatitis C virus was also known as Non-A Non-B virus, and it was identified in 1989. The following year an antibody test became available to help identify exposure to the Hepatitis C virus (HCV). In the US there are an estimated 4.5 million people who have been infected with HCV.

Hepatitis C can be either "acute" or "chronic." Acute hepatitis occurs within the first 6 months after exposure. During this period between 15% - 35% of people who were exposed to this virus will be able to clear the virus through an immune body response. However, up to 85% of people will progress to chronic infection, which means the body was unable to eliminate the virus within that 6 month period. Chronic hepatitis C is a serious disease than can result in long-term health problems, or even death. It is the number one reason for liver transplants in the United States.

Within HCV there are different genotypes (strains of the virus). The most common genotypes are 1,2,3, & 4. In the US the most common one is genotype 1 and it is also the hardest to treat with an approximately treatment success rate of 50%. Genotypes 2 & 3 can be found in America and in Europe these have a success rate of approximately 85%. Genotype 4 is more commonly found in Egypt, Africa and the Middle East and it is also very hard to treat with a similar, although slightly better response rate than genotype 1. The importance of learning your Hepatitis C genotype is crucial in determining a recommended treatment plan.

**How Do I know if I have Hepatitis?**

Generally, persons infected with HCV are identified because they are found to have elevated liver enzymes on a routine examination or because antibodies to this virus where fond at time of blood donation. HCV can go undiagnosed for up to 30 years, as symptoms are often absent.

A more specific test for anti-HCV became available in 1992, which helped eliminate some of the problems caused by the false positive tests. In addition, because of the lack of HCV testing prior to this date, many who received blood transfusions were infected with HCV. Elevated liver enzymes and a positive antibody test for HCV may indicate

that a person has chronic HCV. A small number of patients may still show false positive antibody results. In these cases, liver enzymes levels are typically normal.

The formation of antibodies in response to the virus, which is associated with immunity in other forms of viral infections, does not apply in the case of hepatitis C infection. This simply indicates that the person has been exposed to the virus. A viral load test (PCR) must be done to confirm the presence of the virus.

**Can I Infect Others With This Virus?**

The hepatitis C virus is transmitted through blood to blood contact. The risk factors include:

- Received a blood, blood product transfusion or organ transplant prior to 1992
- Use/Used Intravenous Drug Use
- Use/Used Intranasal Cocaine
- Have HIV/AIDS
- Have ever been on hemodialysis
- Have/had unprotected sex with multiple partners
- Occupational exposure to blood (needle stick)
- Shared personal items such as toothbrushes/razors
- Have tattoos/Body Piercing
- Served Time in Jail
- Are a Vietnam Veteran
- Born to a Mother with HCV

The Center for Disease Control (CDC) informs that those with only one long-term sexual partner do not need to change their sexual practices. However, the CDC also advises that there is an increased of infection with HCV if a person has multiple partners and if the partners is also infected with HIV. In these cases CDC recommends the use of latex condoms although it is uncertain if is 100% effective in prevention infection.

**Is there Treatment for Hepatitis C?**

Currently, the treatment approved by the Food and Drug Administration (FDA), is a combination of injectable pegylated interferon once weekly along with an oral daily antiviral drug called ribavirin. Treatment has a percentage of success rate of approximately 40-50% for patients with genotype 1 and approximately 85% for those with genotype 2 or 3. The individual dosages of these medications along with the duration of the therapy must be determined by you physician.

**What About Side Effects?**

Most people on antiviral therapy experience some side effects. Common side effects include: flu-like symptoms, fatigue, headache, decreased appetite, anemia, and psychiatric events most often depression and anxiety. The flu-like symptoms can be helped by taking acetaminophen (Tylenol), taking the interferon at bed time and drinking plenty of fluids. Your doctor will keep a close watch on your blood tests to make sure that your white cells (infection fighters), platelets (blood clotters) and hemoglobin are at

good levels.  Women and men who may be planning to have children should consult with their doctor before beginning therapy.  It is important that you communicate to your doctor any side effects you might be experiencing as he/she can help treat them, thus increasing your adherence to therapy.

Future and ongoing studies show promise for more highly effective treatments against the Hepatitis C Virus.

©Copyright by: The Latino Organization for Liver Awareness (LOLA)

Revised by:
Dr. Melissa Palmer
Hepatologist

**a series of fact sheets written by experts in the field of liver disease**

# *An Overview of HCV Diagnostic Tests*

Alan Franciscus, Editor-in-Chief

***A variety of different tests are used to diagnose hepatitis C. These include:***

- HCV Antibody test
- HCV viral load test or HCV RNA Test
- HCV genotype test
- Liver biopsy

## *HCV Antibody Tests*

When a person is exposed to HCV, the immune system produces antibodies against the virus. It usually takes the immune system a few weeks to develop enough antibodies to be detected by an antibody test, but it could take as long as six months. There are three commercial antibody tests used to detect HCV antibodies – HCV EIA, HCV ELISA and HCV RIBA. The most common HCV antibody test is the HCV ELISA. The HCV RIBA test may be used to test for HCV antibodies, but it is generally only used to confirm a positive result from an HCV ELISA in a person with no known risk factors or in people with an existing autoimmune disease. Once people are exposed to hepatitis C, they will retain HCV antibodies for life even if the body is able to eliminate the hepatitis C virus from the body either naturally or with medical treatment. It is important to note that HCV antibodies do not protect people from infection or re-infection of hepatitis C.

*An HCV antibody tests requires a blood sample.*

## *HCV RNA (Viral Load) Tests*

A viral load test measures the amount of HCV RNA (genetic material) in the blood. This test is used to confirm active HCV infection and can also help predict whether treatment is likely to be effective, and show whether HCV medications are working. There are two types of viral load tests – qualitative (measures the presence of the virus) and quantitative (measures the amount of virus). Medical studies have not found any correlation between viral load and disease progression. In other words, the amount of HCV RNA in the blood does not mean a person will be healthier or sicker.

In the past, viral load tests that measured the amount of the hepatitis C virus were reported in copies. Now, viral load tests are reported in international units in an attempt to standardize measurement between different brands of tests. Viral load test results expressed as low (under 800,000 IU/mL) or high (over 800,000 IU/mL). There is evidence that the current cut-off between low and high viral load may be set too high. The newer studies have shown that people with a viral load under 400,00 IU/mL respond better than those who have a viral load above 400,000 IU/mL.

*A viral load test requires a blood sample.*

## *Genotype Test*

There are several strains of hepatitis C, called genotypes. These strains are very similar but have enough genetic differences to classify them into six major genotypes: 1, 2, 3, 4, 5, and 6. Additionally, a genotype may be further classified into subtypes, such as genotype 1a, 1b, etc., Genotype 1 is the most common genotype (70-75%) in the United States, followed by genotypes 2 and 3 (25-30%). Genotype information is important when considering HCV treatment because it can help predict treatment response. For example, treatment with pegylated interferon plus ribavirin is predicted to work approximately 50% of the time for people with genotype 1 and about 70- to 90% of the time for people with genotypes 2 or 3.

A genotype test is generally given to someone who is considering HCV medical treatment and is only performed once since a person's genotype remains the same throughout the course of the disease unless they become re-infected with another genotype.

*A genotype test requires a blood sample.*

## *Liver Biopsy*

Liver biopsies are used to measure the extent of liver damage, including the degree of inflammation, the extent of fibrosis (fibrous tissue), and the general health of the liver. The most

## Glossary of Terms

ANTIBODY (IMMUNOGLOBULIN): a protein produced by plasma cells (a type of immune system white blood cell) when they encounter foreign invaders. Specific antibodies bind to specific invaders, or antigens, and target them for destruction. The presence of antibodies indicates current infection with or past exposure to a pathogen.

ANTIBODY POSITIVE (SEROPOSITIVE): the presence in the blood of antibodies against a specific pathogen such as HCV.

ANTIBODY TEST: an assay that detects the presence of antibodies in a blood sample; ELISA and RIBA tests are used to detect HCV antibodies.

BRANCHED-CHAIN DNA ASSAY (bDNA): a test that measures the amount of virus (viral load) in plasma or tissues using a chemical signal emitted by viral genetic material.

ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA, ELISA II): a laboratory test used to detect the presence of antibodies in the blood.

GENETIC MATERIAL: deoxyribonucleic acid (DNA) and ribonucleic acid (RNA), the molecules that carry hereditary information.

HCV RNA: the genetic material of the hepatitis C virus. A detectable level of HCV RNA on a viral load test indicates that HCV is actively replicating.

POLYMERASE CHAIN REACTION (PCR): a highly sensitive test that uses an amplification technique to detect small amounts of genetic material (DNA or RNA) in a blood or tissue sample.

RIBONUCLEIC ACID (RNA): a single-stranded nucleic acid that encodes genetic information. RNA is made up of sequences of four building blocks: adenine, cytosine, guanine, and uracil. The presence of viral RNA in the blood indicates that a virus is actively replicating.

WINDOW PERIOD: the time between exposure to a microorganism and the production of sufficient antibodies to be detected on a test.

common type of liver biopsy is the percutaneous biopsy (through the skin). An ultra sound test might be performed before the procedure to locate the area where the needle is inserted and to look for any abnormalities. A medical professional will use a local anesthetic to numb the skin and muscle where the needle will be inserted. A tiny piece of the liver is drawn out through the needle.

The actual procedure to extract the liver specimen only takes a few seconds. After the procedure patients will be required to lay on their right side (where the needle was inserted) for a few hours so that they can be monitored. About 50% of people experience mild to moderate pain. Complications from a liver biopsy rarely occur (1-2% of procedures). If necessary, people can ask their medical professional for a mild tranquilizer before a biopsy and for pain medication after the procedure.

The liver biopsy is generally only performed once, but it may be performed every 5-7 years to gauge disease progression. Because the rate of disease progression is faster in someone who is co-infected with HIV and hepatitis C, a liver biopsy is generally recommended every 3-5 years for this population.

There is a lot of research into various blood tests or markers to replace the liver biopsy, but currently the liver biopsy is the best diagnostic tool for gauging the health of the liver.

**For more information about hepatitis C, hepatitis B and HCV coinfections, please visit www.hcvadvocate.org.**

• hcspFACTsheet •

A publication of the Hepatitis C Support Project

**Executive Director**
**Editor-in-Chief, HCSP Publications**
Alan Franciscus

**Design**
Paula Fener

**Production**
C.D. Mazoff, PhD

**Contact Information:**
Hepatitis C Support Project
PO Box 427037
San Francisco, CA 94142-7037

alanfranciscus@hcvadvocate.org

The information in this fact sheet is designed to help you understand and manage HCV and is not intended as medical advice. All persons with HCV should consult a medical practitioner for diagnosis and treatment of HCV.

This information is provided by the Hepatitis C Support Project • a nonprofit organization for HCV education, support and advocacy• © 2007 Hepatitis C Support Project • Reprint permission is granted and encouraged with credit to the Hepatitis C Support Project.

HCV ADVOCATE
www.hcvadvocate.org