MEB W. ANDERSON (10227)
Assistant Utah Attorney General
MARK SHURTLEFF (4666)
Utah Attorney General
Attorney for Defendants
160 East 300 South, Sixth Floor
P. O. Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
E-mail:  mebanderson@utah.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GARY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GARDEN, et al,<br><br>Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>Case No. 2:09CV00934<br><br>Judge David Sam |

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, each of the Defendants move for summary judgment based on the defense of qualified immunity, seeking dismissal of Plaintiff's complaint with prejudice.  A Memorandum in Support of this Motion is filed concurrently herewith.

DATED this 18th day of May, 2012.

                              MARK L. SHURTLEFF
                              Utah Attorney General

                              <u>/s/ Meb W. Anderson</u>
                              MEB W. ANDERSON
                              Assistant Utah Attorney General
                              Attorneys for Defendants